## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

MELANEY McDANIEL,

      Plaintiff,

v.                                                                                              Civ. No. 16-226 GJF

NANCY A. BERRYHILL, *Acting*
*Commissioner of the Social Security*
*Administration*,

      Defendant.

## <u>FINAL JUDGMENT</u>

Pursuant to the Order entered concurrently herewith, the Court enters this Final Order

under Federal Rule of Civil Procedure 58, entering judgment for Plaintiff.

**IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE